CHARLES D. MAY, ESQ. (Bar No. 129663)
STEPHANIE FORMAN, ESQ. (Bar No. 195757)
GENE B. SHARAGA, ESQ. (Bar No. 131661)
**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403-3221**
**Telephone: (818) 205-9955**
**Facsimile: (818) 205-9944**
E-Mail: cmay@tharpe-howell.com
E-Mail: sforman@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC.

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JAMES VIALOVOS,<br><br>　　Plaintiff(s),<br><br>v.<br><br>LOWE'S HIW, INC., and DOES 1 to 20, inclusive,<br><br>　　Defendant(s). | CASE NO. EDCV11-00172 DDP(JCx)<br><br>(Riverside County Superior Court Case No. RIC 10023960)<br><br>**REMAND ORDER**<br><br>cc: order, docket, remand letter to Riverside Superior Court No. RIC 10023960 |

Pursuant to the parties' Stipulation for Order to Remand and good cause having been shown therefor, this case is hereby **REMANDED** to the Superior Court of California, County of Riverside, Case No. **RIC 10023960**. In addition, the SCHEDULING CONFERENCE set for June 6, 2011 is VACATED.

SO ORDERED

Dated: May 24, 2011

_____
United Stated District Judge

- 1 -
**[PROPOSED] REMAND ORDER**

Vialovos v. Lowe's HIW, Inc., et al.
Case No. EDCV11-172 DDP(JCx)